**SHAMIS & GENTILE, P.A.**
Mariam Grigorian, Esq. (*pro hac vice*)
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
mgrigorian@shamisgentile.com

*Counsel for Plaintiff and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kasandra Hunter, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Holistic Patient Wellness Group, Inc. and East Valley Patient Wellness Group, Inc., d/b/a Sol Flower, Arizona corporations,<br><br>Defendants. | Case No. 2:20-cv-02478<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Kasandra Hunter, and Defendants, Holistic Patient Wellness Group, Inc. and East Valley Patient Wellness Group, Inc., d/b/a Sol Flower, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Kasandra Hunter, individually, are hereby dismissed with prejudice, with each party to bear its own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

1
**JOINT STIPULATION OF DISMISSAL**

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully submitted, |

By: */s/ Mariam Grigorian*
**SHAMIS & GENTILE, P.A.**
Mariam Grigorian, Esq. (*pro hac vice*)
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
mgrigorian@shamisgentile.com

*Counsel for Plaintiff and the Proposed Class*

By: */s/ Shelton L. Freeman*
**L&G LAW GROUP LLP**
Shelton L. Freeman
Martin W. Mcmanaman
Ryan F. Manion
6909 E. Greenway Parkway
Suite 100
Scottsdale, Arizona 85254
Ph: (480) 398-3100
E-mail: tfreeman@lgcounsel.com
_filings@lgcounsel.com

*Counsel for Defendants Holistic Patient Wellness Group, Inc. and East Valley Patient Wellness Group, Inc., d/b/a Sol Flower*

2
**JOINT STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Mariam Grigorian*
**SHAMIS & GENTILE, P.A.**
Mariam Grigorian, Esq. (*pro hac vice*)
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
mgrigorian@shamisgentile.com

*Counsel for Plaintiff and the Proposed Class*

3
**JOINT STIPULATION OF DISMISSAL**