# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kasandra Hunter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Holistic Patient Wellness Group Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-20-02478-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 20).

**IT IS FURTHER ORDERED** that all claims of Kasandra Hunter in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all claims of any unnamed member of the alleged class are dismissed without prejudice.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions, including the motion for judgment on the pleadings (Doc. 19), are denied as moot.

Dated this 15th day of March, 2021.

Dominic W. Lanza
United States District Judge